## IN RE KLX ENERGY SERVICES, LLC

### No. 04–17–00038–CV

Court of Appeals of Texas, San Antonio.

Delivered and Filed: February 22, 2017

Donna K. McElroy, Cox Smith Matthews Incorporated, San Antonio, TX, Christopher Donald Kratovil, Dykema Cox Smith, Alison Ashmore, Dykema Gossett PLLC, Dallas, TX, for Appellant.

Paul Thomas Curl, Curl Stahl Geis, PC, San Antonio, TX, for Appellee.

Sitting: Sandee Bryan Marion, Chief Justice, Marialyn Barnard, Justice, Luz Elena D. Chapa, Justice

### MEMORANDUM OPINION

PER CURIAM

On January 24, 2017, Relator filed a petition for writ of mandamus. The court has considered the petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).